UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRUMBL LLC, a Utah Limited Liability Company, CRUMBL IP, LLC, a Utah Limited Liability Company, and CRUMBL FRANCHISING, LLC, a Utah Limited Liability Company,<br><br>       Plaintiffs,<br>   v.<br><br>CRUMBLE LLC d/b/a CRUMBLE COOKIE BAR, a New Jersey Limited Liability Company,<br><br>       Defendant. | Case No. 2:22-cv-00924-SDW-JBC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF LEGAL FEES, COSTS AND EXPENSES** |

**THIS MATTER** having been brought before the Court by Dorsey & Whitney LLP, attorneys for Plaintiffs Crumbl LLC, Crumbl IP, LLC and Crumbl Franchising, LLC (collectively, "Plaintiffs"), pursuant to this Court's August 16, 2022 Order for Default Judgment and Permanent Injunction (Dkt. 14) and seeking the entry of an Order awarding Plaintiffs their legal fees, costs and expenses incurred in this case ("Motion"), and awarding said fees, costs, and expenses against Defendant Crumble LLC d/b/a Crumble Cookie Bar ("Defendant"); and notice having been given of this motion; and the Court having considered the papers filed in support of the Motion,

1

and any opposition thereto; and the Court having heard oral argument, if any; and for good cause shown;

　　　　IT IS on this __5th__ day of __October__ 2022;

　　　　**ORDERED** that the Motion is hereby, and shall be, granted; and it is further

　　　　**ORDERED** that the billing rates for the Plaintiffs' attorneys as set forth in the Motion are reasonable and consistent with the billing rates charged in Northern New Jersey by attorneys with comparable experience and expertise; and it is further

　　　　**ORDERED** that the legal fees and expenses incurred by Plaintiffs and sought in their Motion, as set forth in Dorsey & Whitney LLP's detailed time and expense records submitted therewith, were reasonably and necessarily incurred by Plaintiffs to prosecute this case and are recoverable from Defendant; and it is further;

　　　　**ORDERED** that Plaintiffs are awarded their legal fees, costs, and expenses incurred in this case in the amount of $31,254.79, consisting of legal fees of $30,922.00 and costs and expenses of $332.79; and it is further

　　　　**ORDERED** that judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $31,254.79; and it is further

　　　　**ORDERED** that Plaintiffs' counsel shall serve a copy of this Order on all counsel who will not receive it electronically within five (5) days of receipt of this Order.

_/s/ Susan D. Wigenton_

HONORABLE SUSAN D. WIGENTON, U.S.D.J.